**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Sean Conety, individually and on behalf of all others similarly situated,

                 Plaintiff,

-against-

Capital Management Services, LP,

                 Defendant.

FILED
CLERK
7/16/2018 11:04 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Docket No: 2:17-cv-04627-JMA-SIL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 6, 2018

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By:    /s Aaron Easley | By:    /s Craig B. Sanders |
| Aaron Easley, Esq. | Craig B. Sanders |
| 3 Cross Creek Drive | 100 Garden City Plaza, Suite 500 |
| Flemington, New Jersey 08822 | Garden City, New York 11530 |
| Tel: (908) 237-1660 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111823 |
| | *Attorneys for Plaintiff* |

    SO ORDERED.
    /s/ JMA, USDJ
    7/16/2018